TENTATIVE RULING

Debtor:     CREATIVE CAPITAL LEASING GROUP, LLC

Number:    07-04977-PB7

Hearing:    10:30 AM  Monday, November  7, 2011

Motion:    
1)  TRUSTEE'S MOTION TO COMPROMISE THE ESTATE'S CLAIM RE: LEASE BETWEEN CREATIVE CAPITAL LEASING GROUP, LLC & EUCOPLY HOLDINGS, LLC (fr. 9/19/11)
2)  3RD INTERIM APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES FOR MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C., SPECIAL COUNSEL FOR TRUSTEE
3)  2ND INTERIM APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES FOR LAW OFFICE OF SEAN C. COUGHLIN, SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE
4)  3RD INTERIM APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES FOR GORDON & REES LLP, COUNSEL FOR CHAPTER 7 TRUSTEE
5)  2ND INTERIM APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES FOR CORPORATE RECOVERY ASSOCIATES, BUSINESS & FINANCIAL ADVISORS TO CHAPTER 7 TRUSTEE

1)    No tentative issued.  Appearances not waived.

2)    The Court has reviewed the unopposed fee application of Mintz Levin Cohn Ferris Glovsky & Popeo, P.C., Counsel for Trustee, filed and served in the above referenced case.  The Court finds that the fees and expenses requested are reasonable under the circumstances of the case.  Fees are allowed in the amount of $79,198 and expenses in the amount of $4,045.90.

3)    The Court has reviewed the unopposed fee application of the Law Office of Sean C. Coughlin, Special Counsel to Chapter 7 Trustee, filed and served in the above referenced case.  The Court finds that the fees and expenses requested are reasonable under the circumstances of the case.  Fees are allowed in the amount of $12,323 and expenses in the amount of $227.78.

4)    The Court has reviewed the unopposed fee application of Gordon & Rees LLP, Counsel for Chapter 7 Trustee, filed and served in the above referenced case.  The Court finds that the fees and expenses requested are reasonable

under the circumstances of the case.  Fees are allowed in the amount of $201,989 and expenses in the amount of $4,275.08.

5)   The Court has reviewed the unopposed fee application of Corporate Recovery Associates, Business & Financial Advisors to Chapter 7 Trustee, filed and served in the above referenced case.  The Court finds that the fees and expenses requested are reasonable under the circumstances of the case.  Fees are allowed in the amount of $342,075.25 and expenses in the amount of $1,228.78.

All appearances are excused.