# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | CREATIVE CAPITAL LEASING GROUP, LLC |
| **Case Number:** | 07-04977-PB7  **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, AUGUST 25, 2014 10:30 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

VINTON COUNTY NATIONAL BANK'S MOTION FOR RELIEF FROM STAY (RS# TBG-1)

### Appearances:

JEFFREY D. CAWDREY, ATTORNEY FOR LESLIE T. GLADSTONE
THOMAS B. GORRILL, ATTORNEY FOR VINTON COUNTY NATIONAL BANK

### Disposition:

Granted, stay lifted.  No sale to occur on or before 3/2/15.  Order to be submitted by Mr. Gorrill.