**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Jeffrey D. Cawdrey     (SBN: 120488)
Stephanie M. Lemos    (SBN: 270314)
GORDON & REES LLP
101 West Broadway, Suite 2000
San Diego, CA  92101
Telephone: 619-696-6700
Facsimile: 619-696-7124

Order Entered on
January 6, 2015
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
Creative Capital Leasing Group, LLC

Debtor.

BANKRUPTCY NO. 07-04977-PB7
Date of Hearing:   N/A
Time of Hearing:   N/A
Name of Judge:     Peter W. Bowie

## ORDER ON TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL LITIGATION COUNSEL

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 1006

//
//
//
//
//
//

DATED:    January 6, 2015

/s/ Judge signature
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

GORDON & REES LLP
 (Firm name)

By: /s/ Jeffrey D. Cawdrey
  Attorney for ☒ Movant  ☐ Respondent
  Leslie T. Gladstone, Chapter 7 Trustee

**CSD 1001A**

American LegalNet, Inc.
www.USCourtForms.com

`CSD 1001A` [11/15/04] **(Page 2)**
ORDER ON Trustee's Application for Authority to Employ Special Litigation Counsel
DEBTOR: CREATIVE CAPITAL LEASING GROUP, LLC                    CASE NO: 07-04977-PB7

The Court, having read Chapter 7 Trustee, Leslie T. Gladstone's ("Trustee") Application to Employ Clark &Clark and Associates ("Clark") as Special Litigation Counsel ("Application"), the Declaration of Jonathan C. Clark in support thereof, and the Court being satisfied that said attorneys represent no interest adverse to Creative Capital Leasing Group, LLC ("Debtor") or the Chapter 7 bankruptcy estate of Debtor in the matters upon which they are to be engaged, that their employment is necessary and would be in the best interest of Debtor's Chapter 7 bankruptcy estate, that this case justifies counsel for the purpose specified, that no notice of hearing on said Application is required, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is hereby GRANTED; and

2. Trustee's request for authority to retain and employ Clark, effective as of the November 21, 2014, to represent Trustee as special litigation counsel with compensation of fees and reimbursement of costs to be paid from Debtor's chapter 7 bankruptcy estate, subject to further application and approval by this Court, is APPROVED.

1059509/21568095v.1

`CSD 1001A`

American LegalNet, Inc.
www.USCourtForms.com

Signed by Judge Peter W. Bowie January 6, 2015