CSD 2062 [03/01/15]

Court Telephone: (619) 557-5620
Court Hours: 9:00am-4:00pm, Monday-Friday
www.casb.uscourts.gov

Leslie T. Gladstone, Trustee (SBN 144615)
401 Via Del Norte
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

CREATIVE CAPITAL LEASING GROUP, LLC,

BANKRUPTCY NO. 07-04977-LT7

Debtor.

**TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that the undersigned Trustee proposes to:

☐ Compromise or settle the following controversy [description of controversy to be settled and standards for approval of a settlement as required by Local Bankruptcy Rule 9019]; or

☐ Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by Federal Rule of Bankruptcy Procedure 2002(c)(2)]; or
   Fees:
   Costs:

☒ Other:
   1. Pay annual minimum state Franchise taxes (approximately $800.00 per year), as well as any related charges (such as late payment penalties) as they become due by the bankruptcy estate during the administration of this bankruptcy case.
   2. Approve annual minimum state Franchise taxes or actual tax owed for payments already made during the administration of this bankruptcy case as follows:

   4/14/14 $800.00, 4/13/15 $900.00, 4/13/15 $800.00 and 4/13/15 $900.00

IF YOU OBJECT TO THE PROPOSED ACTION:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

   - MM  -  call (619) 557-7407  -  DEPARTMENT ONE (Room 218)
   - LA  -  call (619) 557-6594  -  DEPARTMENT TWO (Room 118)
   - LT  -  call (619) 557-6018  -  DEPARTMENT THREE (Room 129)
   - PB  -  call (619) 557-5157  -  DEPARTMENT FOUR (Room 328)
   - CL  -  call (619) 557-6019  -  DEPARTMENT FIVE (Room 318)

CSD 2062

2.  **WITHIN TWENTY- ONE (21)[1] DAYS FROM THE DATE OF THIS NOTICE**, you are further required to serve a copy of your DECLARATION IN OPPOSITION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned Trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 402 W. Broadway, Suite 600, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration must :

    a.  identify the interest of the opposing party; and

    b.  state, with particularity, the factual and legal grounds for the opposition.

3.  **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 21-day[1] period provided by this notice, NO HEARING WILL TAKE PLACE, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated:     July 20, 2015                    /s/ Leslie T. Gladstone
                                            Chapter 7 Trustee
                                            Address:    401 Via Del Norte
                                                        La Jolla, CA 92037

                                            Phone No.:  (858) 454-9887
                                            E-mail:

---

[1] If you were served electronically or by mail, you have three (3) additional days to act as specified above pursuant to Fed. R. Bankr. P. 9006(f).

[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 2062