CSD 1181 [08/01/11]

Name, Address, Telephone No. & I.D. No.

Jeffrey D. Cawdrey (SBN 120488)
GORDON & REES
101 W. Broadway, Suite 2000
San Diego, California 92101
Telephone: (619) 696-6700/Facsimile: (619) 696-7124
Email: jcawdrey@gordonrees.com
Attorneys for Trustee Leslie T. Gladstone

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
CREATIVE CAPITAL LEASING GROUP, LLC

BANKRUPTCY NO. 07-4977-LT7

Tax I.D.(EIN)#: _____ /S.S.#: ___-__-____  Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that on March 9, 2017, at 9:30 a.m., in Department 3, Room 129, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Gordon & Rees; The Financial Law Group; Corporate Recovery Associates; Coughlin Law Firm; John A. Gagliano of JAG Investigations & Legal Support Services for [check the appropriate box]:

[ ]   Dismissal of a chapter 7, 11 or 12 case;

[ ]   Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

[X]   Allowance of final compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by Federal Rule of Bankruptcy Procedure 2002(c)(2)];

[ ]   Appointment of a trustee in a chapter 11 case; or

[ ]   Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" St., San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: February 9, 2017

/s/Jeffrey D. Cawdrey
[Attorney for] Moving Party

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).

CSD 1181



## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __9th__ day of __February 2017__, I served a true copy of the within NOTICE OF MOTION AND HEARING by [describe here mode of service]
**See Attached Service List**

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]   Attorney for Debtor (if required):
      See Attached Service List

[X]   For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

[ ]   For ODD numbered Chapter 13 cases:

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

[ ]   For EVEN numbered Chapter 13 cases:

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __February 9, 2017__
            (Date)

/s/ Jeanne Mydland-Evans
(Typed Name and Signature)
Gordon & Rees
101 W. Broadway, Suite 2000
(Address)

San Diego, CA 92101
(City, State, ZIP Code)

059509/31515374v.1

CSD 1181



APPLICANT Gordon & Rees, REPRESENTING [Name & Title] Chapter 7 Trustee, Leslie T. Gladstone

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 10/10/08 to 09/30/09 | 109,793.50 | 109,793.50 | 109,793.50 | | | 1,430.79 | 1,430.79 |
| 2ND INTERIM 10/01/09 to 09/30/10 | 381,018.50 | 381,018.50 | 381,018.50 | | | 9,649.55 | 9,649.55 |
| 3RD INTERIM 10/1/10 to 08/31/11 | 201,989.00 | 201,989.00 | 201,989.00 | | | 4,275.08 | 4,275.08 |
| 4TH INTERIM 09/01/11 to 01/31/12 | 82,609.50 | 82,609.50 | 82,609.50 | | | 2,480.32 | 2,480.32 |
| 5TH INTERIM 02/01/12 to 08/31/12 | 78,014.50 | 78,014.50 | 78,014.50 | | | 316.72 | 316.72 |
| 6TH INTERIM 09/01/12 to 09/30/13 | 51,035.50 | 51,035.50 | 51,035.50 | | | 699.02 | 699.02 |
| 7Th INTERIM 10/01/13 to 09/30/14 | 53,620.00 | 53620.00 | 53620.00 | | | 2,985.86 | 2985.86 |
| 8TH INTERIM 10/1/14 to 9/30/15 | 47144.00 | 47,144.00 | 47,144.00 | | | 2293.48 | 2,293.48 |
| 9TH INTERIM 10/1/2015 to 01/31/2017 | 74,321.50 | 74,321.50 | | | | 8,616.53 | |
| TOTALS: | 1,079,546.00 | 1,079,546.00 | 1,005,224.50 | 0.00 | 0.00 | 32,747.35 | 24,130.82 |

[1] Please provide an explanation for this disallowance.
[2] Please provide an explanation for this disallowance.

CSD 1181A                              EXHIBIT "A"

American LegalNet, Inc.
www.FormsWorkFlow.com

CSD 1181A

[TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT Coughlin Law Firm                    , REPRESENTING [Name & Title] Special Counsel to Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM __ to __ | 12,164.00 | 12,164.00 | 12,164.00 | | | 265.43 | 265.43 |
| 2ND INTERIM __ to __ | 12,323.00 | 12,323.00 | 12,323.00 | | | 227.78 | 227.78 |
| 3RD INTERIM __ to __ | 19,824.00 | 19,824.00 | 19,824.00 | | | 1,989.73 | 1,989.73 |
| 4TH INTERIM 10/8/2014 to 01/25/2017 | 4,985.00 | | | | | 332.76 | |
| TOTALS: | 49,296.00 | 44,311.00 | 44,311.00 | 0.00 | 0.00 | 2,815.70 | 2,482.94 |

APPLICANT John A. Gagliano, JAG Investigations & Legal Support Services    , REPRESENTING [Name & Title] Investigator for Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 3/27/2013 to 1/6/2014 | 1,496.85 | 1,496.85 | 1,496.85 | | | | |
| 2ND INTERIM __ to __ | | | | | | | |
| 3RD INTERIM __ to __ | | | | | | | |
| 4TH INTERIM __ to __ | | | | | | | |
| TOTALS: | 1,496.85 | 1,496.85 | 1,496.85 | 0.00 | 0.00 | 0.00 | 0.00 |

[1] Please provide an explanation for this disallowance.
[2] Please provide an explanation for this disallowance.



CSD 1181A    [TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT Corporate Recovery Associates  , REPRESENTING [Name & Title] Leslie T. Gladstone, Chapter 7 Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 10/10/08 to 09/30/09 | 186,408.25 | 186,408.25 | 186,408.25 | | | 605.26 | 605.26 |
| 2ND INTERIM 10/1/09 to 09/30/11 | 341,845.35 | 342,075.25 | 342,075.25 | | | 1,228.78 | 1,228.78 |
| 3RD INTERIM 10/1/11 to 09/30/14 | 63,865.50 | 63,865.50 | 63,865.50 | | | 348.99 | 348.99 |
| 4TH INTERIM 10/1/14 to 10/4/15 | 27,780.00 | 27,780.00 | 27,780.00 | | | 29.69 | 29.69 |
| 5TH INTERIM 10/5/15 to 1/14/17 | 14,358.00 | | | | | 0.00 | |
| TOTALS: | 634,257.1 | 620,129.00 | 620,129.00 | 0.00 | 0.00 | 2,212.72 | 2,212.72 |

APPLICANT Financial Law Group  , REPRESENTING [Name & Title] Leslie T. Gladstone, Chapter 7 Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM to | 170,220.50 | 170,220.50 | 170,220.50 | | | 565.19 | 565.19 |
| 2ND INTERIM 2/8/12 to 2/8/2017 | 14,779.50 | | | | | 306.88 | |
| to | | | | | | | |
| to | | | | | | | |
| TOTALS: | 185,000.00 | 170,220.50 | 170,220.50 | 0.00 | 0.00 | 872.07 | 565.19 |



American LegalNet, Inc.
www.FormsWorkFlow.com

**SERVICE LIST**

**07-04977-PB7 Notice will be electronically mailed to:**

Enrique Elliot Adler on behalf of Defendant Daniel Winick
eadler@theadlerfirm.com

Andrew K. Alper on behalf of Creditor Dakota Financial, LLC
aalper@frandzel.com, efiling@frandzel.com,ekidder@frandzel.com

Marc Andrews on behalf of Creditor Wells Fargo Bank, N.A.
andrewma@wellsfargo.com, sandra.g.mcmasters@wellsfargo.com

Everett G. Barry on behalf of Creditor Wells Fargo Bank, N.A.
ebarry@mkblaw.com, gcurtis@mkblaw.com

Christin A. Batt on behalf of Plaintiffs Leslie Gladstone
christinb@san.rr.com

Geva Baumer on behalf of Defendant Bank of Jerusalem Ltd.
gevabaumer@yahoo.com

James W. Beshears on behalf of Creditor Adrian Winick
jwblaw@sbcglobal.net

Mikel R. Bistrow on behalf of Creditor Zions First National Bank
mrbistrow@duanemorris.com

Gustavo E. Bravo on behalf of Debtor Creative Capital Leasing Group, LLC
gbravo@smaha.com

Timothy Burke on behalf of Creditor Maricopa County Treasurer
Tburke@tpblaw.com

Rebecca A. Caley on behalf of Defendant BMW Bank of North America
rcaley@caleylaw.com, kana@caleylaw.com

Tiffany L. Carroll on behalf of United States Trustee United States Trustee
tiffany.l.carroll@usdoj.gov, ustp.REGION15@usdoj.gov;shannon.m.vencill@usdoj.gov

Steven Casselberry on behalf of Creditor First Bank
scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com

Jeffrey D. Cawdrey on behalf of Attorney Gordon & Rees LLP
jcawdrey@gordonrees.com, ebojorquez@gordonrees.com

Sean C. Coughlin on behalf of Attorney Sean Coughlin
scc@coughlin-law.com, lb@coughlin-law.com

Jeffry A. Davis on behalf of Plaintiffs Leslie Gladstone
jadavis@mintz.com, dsjohnson@mintz.com;jrdunn@mintz.com;aobrient@mintz.com

Peter L. Duncan on behalf of Creditor California Bank & Trust
peterd@psdslaw.com, isabela@psdslaw.com

Joseph R. Dunn on behalf of Plaintiffs Leslie Gladstone
jrdunn@mintz.com, ccpearsall@mintz.com;jadavis@mintz.com;aobrient@mintz.com;dsjohnson@mintz.com

Mary Testerman Duvoisin on behalf of United States Trustee United States Trustee
mary.m.testerman@usdoj.gov,
USTP.region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov

Martin A. Eliopulos on behalf of Creditor Higgs, Fletcher & Mack LLP
elio@higgslaw.com, moklestadn@higgslaw.com

Gordon L. Gerson on behalf of Creditor Wells Fargo Bank, N.A.
ggerson@gersonlaw.com    Per Request For Removal

Leslie T. Gladstone
candic@financiallawgroup.biz,
candic@financiallawgroup.biz;lgladstone@ecf.epiqsystems.com;christinb@financiallawgroup.biz;sandray@financiallawgroup.biz;geraldinev@financiallawgroup.biz

Kenneth Greene on behalf of Creditor Kenneth Greene
kgreene@hamricklaw.com

Anne W. Hamann on behalf of Creditor WELLS FARGO HOME MORTGAGE, INC., its successors and/or assigns
ecfcasb@piteduncan.com, ahamann@piteduncan.com

Brian T. Harvey on behalf of Creditor PFF Bank & Trust
bharvey@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

James P. Hill on behalf of Mediator James Hill
Hill@sullivanhill.com, hawkins@sullivanhill.com;vidovich@sullivanhill.com;stein@sullivanhill.com

Kimberly D. Howatt on behalf of Plaintiffs Leslie Gladstone
KHowatt@gordonrees.com, smowen@gordonrees.com

Veronica Jackson on behalf of Defendant Citibank (South Dakota), N.A.
veronica.jackson@dlapiper.com

L. Scott Keehn on behalf of Creditor ESSEL ENTERPRISES, LLC
scottk@keehnlaw.com, scottk@keehnlaw.com;joanb@keehnlaw.com;saraht@keehnlaw.com

Gerald P. Kennedy on behalf of Creditor Adrian Winick
gerald.kennedy@procopio.com, mathieu.blackston@procopio.com

Dean T. Kirby on behalf of Creditor Shlomo & Victoria Benderly Family Trust
dkirby@kirbymac.com,
jrigg@kirbymac.com;gsparks@kirbymac.com;rrobinson@kirbymac.com;jlewin@kirbymac.com

Donna L. La Porte on behalf of Creditor First American Title Insurance Co.
dlaporte@wrightlegal.net, bkgroup@wrightlegal.net

Robert S. Lampl on behalf of Defendant American Express Bank FSB
Advocate45@aol.com, rlisarobinsonr@aol.com

Edward Medina on behalf of Attorney Edward Medina
emedina@medina-lawgroup.com

Ali M.M. Mojdehi on behalf of Interested Party John Rudolph
ali.m.m.mojdehi@bakernet.com, Janet.Gertz@bakermckenzie.com;Brian.Byun@bakermckenzie.com

Benjamin Nachimson on behalf of Defendant BANK OF AMERICA, N.A.
bsn@nachimsonlaw.com

Abigail O'Brient on behalf of Plaintiffs Leslie Gladstone
aobrient@mintz.com, dsjohnson@mintz.com

Donna Parkinson on behalf of Creditor Zions First National Bank
donna@parkinsonphinney.com, tom@parkinsonphinney.com

Tina M. Pivonka on behalf of Defendant Wells Fargo Bank , N.A.
tpivonka@mkblaw.com, jconley@mkblaw.com

J. Alexandra Rhim on behalf of Creditor PFF Bank & Trust
arhim@buchalter.com

John L. Smaha on behalf of Debtor Creative Capital Leasing Group, LLC
jsmaha@smaha.com, gbravo@smaha.com;mjohnson@smaha.com;jteague@smaha.com

Steven E. Smith on behalf of Creditor Ella Roshoyan
sesmithesq@aol.com

Richard A. Solomon on behalf of Creditor Solomon, Grindle, Silverman & Spinella, APC
Richard@sgswlaw.com, Denise@sgswlaw.com

Randye B. Soref on behalf of Creditor PFF Bank & Trust
rsoref@buchalter.com

Susan C. Stevenson on behalf of Defendant California Bank & Trust
sstevenson@psdslaw.com, bonniec@psdslaw.com

Alan Vanderhoff on behalf of Creditor James P. Blasingame Family Trust
alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net

John G. Warner on behalf of Creditor Jazz Nouveau, LLC
warnerwest@aol.com

Ronald F. Woods on behalf of Creditor Sergio R Marquina and Skinsuave LLC
rfwesq79@yahoo.com

**SERVICE BY U. S. MAIL ONLY:**

**IRS Centralized Insolvency**
Operations
Post Office Box 21126
Philadelphia, PA 19114-0326

Debora M. Zumwalt
Epsten Grinnell & Howell, APC
9980 Carroll Canyon Road, 2nd Floor
San Diego, CA 92131
**Attorneys for Cityfront Terrace Homeowners Association; La Jolla Club Homeowners Association; Hillsborough Greens Planned Unit Development; 220-240 Association; Meridian Residential Association; High Country West Property Owners Association; Springs Community Association**

John J. Hamilton
39 Chadwick
Irvine, CA 92618

Lawrence R. Booth
BOOTH & KOSKOFF
21250 Hawthorne Bl., Ste. 475
Torrance, CA 90503
Telephone: 310-515-1361
Facsimile: 310-540-0433

New York State Department of Taxation and Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

Erin A. Maloney
Jesse W.J. Male
FIORE, RACOBS & POWERS
6820 Indiana Ave., Suite 250
Riverside, CA 92506-7202
Telephone: 951-342-7954
Facsimile: 951-369-6355

**Attorneys for Secured Creditor The ridge Community Association\**

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Steven E. Boehmer
McDougal,Love,Eckis, Grindle & O'Connor
Four Sixty North Magnolia Avenue
Drawer 1466
El Cajon, CA 92022-1466

Lawrence R. Booth
Booth & Koskoff
21250 Hawthorne Boulevard, Suite 475
Torrance, CA 90503

Shaun K. Boss
Law Office of Shaun K. Boss APC
306 Upas Street
San Diego, CA 92103

Kenneth Calegari
Calegari Law Corporation
11440 W. Bernardo Court
San Diego, CA 92127

David P. Crawford
550 West C Street, Suite 1160
San Diego, CA 92101

Craig E. Dwyer
8745 Aero Drive, Suite 301
San Diego, CA 92123

Foster Pepper PLLC
1111 Third Ave Ste 3400
Seattle, WA 98101-3299

William C. Getty
Liedle, Getty & Wilson, LLP
12555 High Bluff Drive, Suite 270
San Diego, CA 92130

Samuel S. Goldstein
1777 Botelho Dr., Ste 345
Walnut Creek, CA 94596-5084

John L. Hamilton
39 Chadwick
Irvine, CA 92618
Higgs, Fletcher & Mack LLP
% Martin A. Eliopulos, Esq.
401 West A Street, Suite 2600
San Diego, CA 92101

James A. Hutchens
2550 Fifth Ave., Ste 710
San Diego, CA 92103

R. Keith McKellogg
Circuit, McKellogg et al
1205 Prospect St., Ste 400
La Jolla, CA 92037

John A. Roberts
Semmes, Bowen & Semmes, P.C.
25 S. Charles Street, 14th Floor
Baltimore, MD 21201

Kimberly J. Robinson
200 West Madison Street, Suite 3900
Chicago, IL 60606

Jeffrey M. Sherman
1001 Connecticut Ave NW
Ste 1100
Washington, DC 20036

Joshua A. Sonne
600 West Broadway Eighth Flr
San Diego, CA 92101

Dan L. Stanford
Stanford and Associates
1494 Union St. Ste. 107
San Diego, CA 92101

Todd F. Stevens
Keeney Waite & Stevens
402 West Broadway, Suite 1820
San Diego, CA 92101-3545

WASHINGTON MUTUAL BANK
P O Box 44090
Jacksonville, FL 32231

David C. Winton
Law Offices of David C. Winton
939-B Seventh Street, #345
Novato, CA 94945
david@dcwintonlaw.com

Corporate Recovery Associates
3830 Valley Center Dr., #705-152
San Diego, C 92130-3320

First American Title Insurance Co.
c/o ROBINSON & ASSOCIATES
1612 Beverly Boulevard
Los Angeles, CA 90026-3613

Allegis Residential Services
Agent for
La Jolla Village Southpointe
4857 Convoy Ct., Ste 211
San Diego, CA 92111

Wright, Finley & Zak, LLP
4665 Mac Arthur Ct., Ste 280
Newport Beach, CA 92660-1811

220-240 Assoc.
Epsten Grinnel et al
9980 Carroll Canyon Rd., 2nd Flr.
San Diego, CA 92131-1136

Action Foreclosure Services, Inc.
c/o Daniel Pearl
1205 Prospect St., #400
La Jolla, CA 92037-3613

American Reporting Services
711 Grand Avenue, Ste 120
San Rafael, CA 94901-3511

Apropos
5280 Judson Way
San Diego, CA 92115-1629

King Ballow
1100 Union St Plaza
Nashville, TN 37201

James Blasingame
James Blasingame Family Trust
242 Juniper Bend Drive
Kalipsell, MT 59901-2658

Brett Schaffter
c/o Craig E. Dwyer
8745 Aero Dr., Ste 301
San Diego, CA 92123-1763

CalWestern Reconveyance Corp.
525 East Main St.
El Cajon, CA 92020-4007

Austin McBridge Corp dba REMAX Real
Estate
c/o Craig E. Dwyer
8745 Aero Dr., Ste 301
San Diego, CA 92123-1763

Shlomo Benderly
5141 Rennasance Avenue
San Diego, CA 92122-5567

Goldyne Booth
3 Overlook Drive East
Framingham, MA 01701-3319

Burton Volkman & Schmal
133 Mission Street, Ste 102
Santa Cruz, CA 95060-3747

Calbank
4320 La Jolla Village Dr., Ste 103
San Diego, CA 92122-1204

Chase
P. O. Box 94014
Palatine, IL 60094-4014

Matthew Butler
225 Broadway, Suite 1900
San Diego, CA 92101-5047

Discovery At Cortez Hill HOA
c/o the Judge Law Firm
19900 MacArthur Blvd., Suite 150
Irvine, CA 92612-8425

Yona Benderly
5141 Rennasance Avenue
San Diego, CA 92122-5567

Shaun Boss
306 Upas Street
San Diego, CA 92103-4921

David Crawford
550 West C St., Suite 1150
San Diego, CA 92101-8582

Daniel Puryear, Esq.
Puryear, Smythe
144 2nd Ave., North
Nashville, TN 37201-1935

Eastman & Smith Ltd
c/o James L. Rogers, Esq.
P. O. Box 10032
Toledo, OH 43699-0032

FIA Card Services/Bank of America
P. O. Box 248809
Oklahoma City, OK 73124-8809

Feinerman & Meadow
522 Shore Rd. – 3JJ
Long Beach, NY 11561-4567

First American Insurance Title Co.
c/o Jeffrey M. Pugh, Esq.
3 American Way
Santa Ana, Ca 92707

Florida Department of Revenue
OGC Bankruptcy Section
P. O. Box 6688
Tallahassee, Florida 32314-6668

Gaslamp City Sq. Property Owners
c/o Calegari Law Corporation
Kenneth T. Calegari
11440 w. Bernardo Court, Suite 300
San Diego, CA 92127

Donna T. Parkinson
400 Capital Mall, Ste 2540
Sacramento, CA 95814

Ahuva Einstein
685 S. Euclid Avenue
Pasadean, CA 91106-3732

Jerome Feinerman
280 Guilombardo Ave., #3C
Freeport, NY 11520-4906

E and F Septic Tank, Inc.
c/o Jordan Cohen
10650 Treena St., #203
San Diego, CA 92131-2436

Fein, Such, Kahn & Shepard PC
Atten: Vincent Dimaiolo
7 Century Dr., Suite 201
Parisippany, NJ 07054-4673

Fedex Customer Information
Attn: Revenue Recovery/Bankruptcy
20056 Corporate Ave., 2nd Flr
Memphis, TN 38132-1702

First Advantage Credco
P. O. Box 509019
San Diego, CA 92150-9019

First Bank of Illinois
300 NW Highway

Palatine, IL 60067

Foster Pepper PLLC
c/o Deborah A. Crabbe
1111 Third Ave., #3400
Seattle, WA 98101-3299

James & Blacida Giaciolli
P. O. Box 99145
San Diego, CA 92169-1145

David Glazer
Myra Glazer
9474 Bonhome Woods Dr.
St. Louis, MO 63132-3405

Jaffe
P. O. Box 5034
Southfield, MI 48086-5034

Joshua A. Sonne, Esq.
Hecht, et al
600 West Broadway, 8th Flr.
San Diego, CA 92101-3378

Jeffrey M. Sherman
1001 Connecticut Ave. NW, Ste 1100
Washington, DC 22036-5522

John H. Bernstein, Esq.
Kutak Rock LLP
1801 Califiornia St., #3100
Denver, CO 80202-2626

Donald Kay
531 Twin Palms Dr.
San Gabriel, CA 91775-2129

Highland Environmental Solutions
8410 D Falls of Neuse Rd.
Raleigh, NC 27615-3536

The Hon. Herbert B. Hoffman
750 B Street, Ste 3300
San Diego, CA 92101-8188

JDR
1411 4th Avenue, Ste 200
Seattle, WA 98101-2244

John L. Hamilton
39 Chadwick
Irvine, CA 92618-6901

Kenneth C. Greene
P. O. Box 751
Kentfield, CA 94914-0751

Knox Services
2250 4th Street
San Diego, CA 92101-2124

Yaacov Libermn
c/o the Patrician
1025 Pulitzer Pl., #335
San Diego, CA 92122-4212

PAYCHEX
2175 John St.
W. Henrieetta, NY 14586-9199

Las Palmas Condominium Assoc.
c/o Laura V. Kwiatkowski, Esq.
5480 Baltimore Dr., Suite 104
La Mesa, CA 91942-2068

MISource
P. O. Box 1269
Loveland, CO 80539-1269

PEP Pool Engineering
1908 Friendship Dr.
El Cajon, CA 9200-1154

L. Daniel Perl
Circuit McKellogg Kinney & Ross LLP
1205 Prospect St., Suite 400
La Jolla, CA 92037-3613

Montgomery County
Office of County Attorney

101 Monroe St., 3rd Flr.
Rockville, MD 20850-2503

Paul & Cynthia Blake
4045 Bonita Rd. #202
Bonita, CA 91902-1338

Horgan Rosen
23975 Park Sorrento
Calabasas, CA 91302-4015

Pool & Electrical Products
PEP, Inc.
1250 E. Francis St.
Ontario, CA 91761-5712

Rancho Calif. Water District
P. O. Box 9030
Temecula, CA 92589-9030

San Diego Union Tribune
P. O. box 120191
San Diego, Ca 92112-0191

Samuel E. Golstein & Assoc
1777 Botelho Dr., Ste 346
Walnut Creek, CA 94956-5086

Scheer Law Group LLP
155 N. Redwood Dr., Suite 100
San Rafael, A 94956-5086

Eastman Smith
P. O. Box 10032
Toledo, OH 43699-0032

David J. Pasternak
Pasternak, Pasternak & Patton
1875 Century Park East, Ste 2200
Los Angeles, CA 90067-2523

Protection One
c/o Creditors Bankruptcy Svc
P. O. Box 740933
Dallas, TX 75374-0933

Robert J. Bogg
9220 SW Barbur Blvd., #119-140
Portland, OR 97219-5428

Ronald F. Woods
225 Broadway, Suite 1900
San Diego, C 92101-5047

San Diego Credit Association
For the Union Tribune
2044 1st Avenue, Ste 300
San Diego, CA 92101-2079

Sciton
c/o Semmes, Bowen & Semmes
25 S. Charles Street, 14th Floor
Baltimore, MD 21201

Vista Pacifica Brush Management
Woodside Village HOA
c/o Brickrow Property Management
400-B Mile of Cars Way
National City, CA 91950-8539

Southern California Edison Company
Attn – Credit and Payment Services
300 N Lone Hill Avenue
San Dimas, CA 91773-1741

Sparkletts
P. O. Box 660579
Dallas, TX 75266-0579

T-Mobile USA, Inc.
Attn: Bankruptcy Dept.
P. O. Box 53410
Bellevue, WA 98015-3410

US Bank
P. O. Box 79408
St. Louis, MO 63179-0408

Valentine & Kebartas for
Protection One
P. O. Box 325
Lawrence, MA 01842-0625

Washington County Treasurer
35 W. Washington St. Ste 102
Hagertown, MD 21740-4844

Southland Electric
4950 Greencraig Lane
San Diego, CA 92123-1673

Steven Casseberry
Michelman & Robinson LLP
4 Hutton Centre, Ste 300
Santa Ana, CA 92707-8709

USAA Saving Bank
P. O. Box 14050
Las Vegas, NV 89114-4050

Veros
P. O. Box 6469
Santa Ana, CA 92706-0469

Washington Mutual Bank
P. O. Box 44090
Jacksonville, FL 32231-4090

Ella Roshoyan
Mkritich Arutyunyan
c/o Steven E. Smith
20969 Ventura Blvd., Suite 230
Woodland Hills, CA 91364-2378

Sean C. Coughlin
12780 High Bluff Drive, Suite 270
San Diego, CA 92130-2069

**RETURNED MAIL – NOT SERVED:**

Creative Capital Leasing Group, LLC
619 Kettner Blvd., #110
San Diego, CA 92101-7079

John G. Powers
Farmer & Ridley LLP
333 South Hope St., Ste 3750
Los Angeles, CA 90071-3047

Farmer & Ridley
333 S. Hope St., #3750
Los Angeles, CA 90071-3047

Nicole Fig
Suzy Fig
11460 Village Ridge Rd.
San Diego, CA 92131-3901

Kleinman-Weiss Living Trust
Attn: Lynda Kleinman
21322 Tarraco
Mission Viejo, CA 92692

Shedforce
P. O. Box 891
San Marcos, CA 92079-0891

AT&T
P. O. Box 660688
Dallas, TX 75266-0688

MBNA
Bank of America
P. O. Box 15714
Wilmington, DE 19886-5715

Southwest Bank
P. O. Box 6378
Aurbun, CA 95604-6378

Ernest R. J. Waldburger
11047 Caminot Vista Pacifica
San Diego, CA 92131-2397

Aztec Plaza
c/o Solutions Prop Mgmt
7005 Mohawk St.
San Diego, CA 92115-1840

Kenneth C. Greene

P.O. Box 751
Kenfield, CA 94914-0751

Bank of America
P. O. Box 15714
Wilmington, DE 19886-5714

Alameda County Tax Collector
1121 Oak St.
Oakland, CA 94607

The Ridge Community Asso.
Atten: Erin Maloney
6820 Indiana Avenue, Ste 250
Riverside, CA 92506-4262

Foster Pepper PLLC
111 Third Ave, Ste 3400
Seattle, WA 98101-3299

Howard Cornell
7637 E. Via Reposo
Scottsdale, AZ 85258-4206

Scott & Lisa Toland
4900 Sand Canyon Rd
Somis CA 93066-9658

Hopper System's Inc.
10601 Tierransata Blvd., Ste G163
San Diego, CA 92124-2616

Earnest R. Waldburger
1520 Valley Dr.
Los Osos, CA 93402-4438

Gordon Terhune Painting
11909 Calle Lorenzana
El Cajon, CA 92019-4071

Liberty American Mortgage Corp.
c/o Chiarelli & Mollica
2121 N. California St., Suite 290
Walnut Creek, CA 94596-7351

Parmas Landscape
P. O. Box 2785
Spring Valley, CA 91979