Jeffrey D. Cawdrey (SBN: 120488)
GORDON & REES
101 West Broadway, Suite 2000
San Diego, CA  92101
Telephone:   (619) 696-6700
Facsimile:    (619) 696-7124

Attorneys For
LESLIE T. GLADSTONE, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CREATIVE CAPITAL LEASING GROUP, LLC<br><br>                    Debtor. | CASE NO.     07-04977-LT7<br><br>CHAPTER 7<br><br>**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF NINTH INTERIM AND FINAL APPLICATION OF GORDON & REES AS COUNSEL FOR LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2015 THROUGH JANUARY 31, 2017**<br><br>[11 U.S.C. § 330]<br><br>Date:     March 9, 2017<br>Time:    9:30 a.m.<br>Dept:    3<br>Judge:   Hon. Laura S. Taylor |

I, Leslie T. Gladstone, hereby declare:

1. I am the duly appointed Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Creative Capital Leasing Group, LLC ("Debtor").  I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

2. This declaration is made in support of the Ninth Interim and Final Application of Gordon & Rees as Counsel for Leslie T. Gladstone, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2015 through January

- 1 -
DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF GORDON & REES' NINTH INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

1059509/31728098v.1

31, 2017 (the "Fee Application").

3. I have reviewed the fees and expenses requested in the Fee Application and approved the request for compensation and reimbursement of expenses. The fees requested, both on an interim and final basis, are reasonable and necessary for the administration of the chapter 7 estate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March, 2017 at San Diego, California.

                                           */s/ Leslie T. Gladstone*
                                           Leslie T. Gladstone

Gordon & Rees LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101

1059509/31728098v.1

- 2 -
GORDON & REES' NINTH INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):       Telephone No.<br>Jeffrey D. Cawdrey, Esq.  (SBN: 120488)         (619) 696-6700<br>GORDON & REES, LLP<br>101 West Broadway, Suite 2000<br>San Diego, California 92101 | |
| In Re<br>Creative Capital Leasing Group, LLC | Bankruptcy Case No.:<br>07-04977-PB7 |
| ATTORNEYS FOR<br>Leslie T. Gladstone, Chapter 7 Trustee | |

# PROOF OF SERVICE

I, the undersigned, say:  I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause.  My business address is 101 West Broadway, Suite 2000, San Diego, California 92101.

On **March 3, 2017,** I served the following document(s):

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF NINTH INTERIM AND FINAL APPLICATION OF GORDON & REES AS COUNSEL FOR LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2015 THROUGH JANUARY 31, 2017**

### SEE ATTACHED SERVICE LIST

**by the following means:**

( )    BY MAIL.  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

( )    BY FAX.  In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013(e).

( )    BY PERSONAL SERVICE.  I caused said documents to be hand-delivered to the addressee pursuant to Code of Civil Procedure §1011.

( )    BY FEDERAL EXPRESS.  I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

( **X** )    BY ECF:  I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case.  The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office...

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 3, 2017**                         */s/Jeanne Mydland-Evans*
                                                                                Jeanne Mydland-Evans

## SERVICE LIST

**07-04977-PB7 Notice will be electronically mailed to:**

Enrique Elliot Adler on behalf of Defendant Daniel Winick
eadler@theadlerfirm.com

Andrew K. Alper on behalf of Creditor Dakota Financial, LLC
aalper@frandzel.com, efiling@frandzel.com,ekidder@frandzel.com

Marc Andrews on behalf of Creditor Wells Fargo Bank, N.A.
andrewma@wellsfargo.com, sandra.g.mcmasters@wellsfargo.com

Everett G. Barry on behalf of Creditor Wells Fargo Bank, N.A.
ebarry@mkblaw.com, gcurtis@mkblaw.com

Christin A. Batt on behalf of Plaintiffs Leslie Gladstone
christinb@san.rr.com

Geva Baumer on behalf of Defendant Bank of Jerusalem Ltd.
gevabaumer@yahoo.com

James W. Beshears on behalf of Creditor Adrian Winick
jwblaw@sbcglobal.net

Mikel R. Bistrow on behalf of Creditor Zions First National Bank
mrbistrow@duanemorris.com

Gustavo E. Bravo on behalf of Debtor Creative Capital Leasing Group, LLC
gbravo@smaha.com

Timothy Burke on behalf of Creditor Maricopa County Treasurer
Tburke@tpblaw.com

Rebecca A. Caley on behalf of Defendant BMW Bank of North America
rcaley@caleylaw.com, kana@caleylaw.com

Tiffany L. Carroll on behalf of United States Trustee United States Trustee
tiffany.l.carroll@usdoj.gov, ustp.REGION15@usdoj.gov;shannon.m.vencill@usdoj.gov

Steven Casselberry on behalf of Creditor First Bank
scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com

Jeffrey D. Cawdrey on behalf of Attorney Gordon & Rees LLP
jcawdrey@gordonrees.com, ebojorquez@gordonrees.com

Sean C. Coughlin on behalf of Attorney Sean Coughlin
scc@coughlin-law.com, lb@coughlin-law.com

Jeffry A. Davis on behalf of Plaintiffs Leslie Gladstone
jadavis@mintz.com, dsjohnson@mintz.com;jrdunn@mintz.com;aobrient@mintz.com

Peter L. Duncan on behalf of Creditor California Bank & Trust
peterd@psdslaw.com, isabela@psdslaw.com

Joseph R. Dunn on behalf of Plaintiffs Leslie Gladstone
jrdunn@mintz.com, ccpearsall@mintz.com;jadavis@mintz.com;aobrient@mintz.com;dsjohnson@mintz.com

Mary Testerman Duvoisin on behalf of United States Trustee United States Trustee
mary.m.testerman@usdoj.gov,
USTP.region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov

Martin A. Eliopulos on behalf of Creditor Higgs, Fletcher & Mack LLP
elio@higgslaw.com, moklestadn@higgslaw.com

~~Gordon L. Gerson on behalf of Creditor Wells Fargo Bank, N.A.~~
~~ggerson@gersonlaw.com~~   Per Request For Removal

Leslie T. Gladstone
candic@financiallawgroup.biz,
candic@financiallawgroup.biz;lgladstone@ecf.epiqsystems.com;christinb@financiallawgroup.biz;sandray@financiallawgroup.biz;geraldinev@financiallawgroup.biz

Kenneth Greene on behalf of Creditor Kenneth Greene
kgreene@hamricklaw.com

Anne W. Hamann on behalf of Creditor WELLS FARGO HOME MORTGAGE, INC., its successors and/or assigns
ecfcasb@piteduncan.com, ahamann@piteduncan.com

Brian T. Harvey on behalf of Creditor PFF Bank & Trust
bharvey@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

James P. Hill on behalf of Mediator James Hill
Hill@sullivanhill.com, hawkins@sullivanhill.com;vidovich@sullivanhill.com;stein@sullivanhill.com

Kimberly D. Howatt on behalf of Plaintiffs Leslie Gladstone
KHowatt@gordonrees.com, smowen@gordonrees.com

Veronica Jackson on behalf of Defendant Citibank (South Dakota), N.A.
veronica.jackson@dlapiper.com

L. Scott Keehn on behalf of Creditor ESSEL ENTERPRISES, LLC
scottk@keehnlaw.com, scottk@keehnlaw.com;joanb@keehnlaw.com;saraht@keehnlaw.com

Gerald P. Kennedy on behalf of Creditor Adrian Winick
gerald.kennedy@procopio.com, mathieu.blackston@procopio.com

Dean T. Kirby on behalf of Creditor Shlomo & Victoria Benderly Family Trust
dkirby@kirbymac.com,
jrigg@kirbymac.com;gsparks@kirbymac.com;rrobinson@kirbymac.com;jlewin@kirbymac.com

Donna L. La Porte on behalf of Creditor First American Title Insurance Co.
dlaporte@wrightlegal.net, bkgroup@wrightlegal.net

Robert S. Lampl on behalf of Defendant American Express Bank FSB
Advocate45@aol.com, rlisarobinsonr@aol.com

Edward Medina on behalf of Attorney Edward Medina
emedina@medina-lawgroup.com

Ali M.M. Mojdehi on behalf of Interested Party John Rudolph
ali.m.m.mojdehi@bakernet.com, Janet.Gertz@bakermckenzie.com;Brian.Byun@bakermckenzie.com

Benjamin Nachimson on behalf of Defendant BANK OF AMERICA, N.A.
bsn@nachimsonlaw.com

Abigail O'Brient on behalf of Plaintiffs Leslie Gladstone
aobrient@mintz.com, dsjohnson@mintz.com

Donna Parkinson on behalf of Creditor Zions First National Bank
donna@parkinsonphinney.com, tom@parkinsonphinney.com

Tina M. Pivonka on behalf of Defendant Wells Fargo Bank , N.A.
tpivonka@mkblaw.com, jconley@mkblaw.com

J. Alexandra Rhim on behalf of Creditor PFF Bank & Trust
arhim@buchalter.com

John L. Smaha on behalf of Debtor Creative Capital Leasing Group, LLC
jsmaha@smaha.com, gbravo@smaha.com;mjohnson@smaha.com;jteague@smaha.com

Steven E. Smith on behalf of Creditor Ella Roshoyan
sesmithesq@aol.com

Richard A. Solomon on behalf of Creditor Solomon, Grindle, Silverman & Spinella, APC
Richard@sgswlaw.com, Denise@sgswlaw.com

Randye B. Soref on behalf of Creditor PFF Bank & Trust
rsoref@buchalter.com

Susan C. Stevenson on behalf of Defendant California Bank & Trust
sstevenson@psdslaw.com, bonniec@psdslaw.com

Alan Vanderhoff on behalf of Creditor James P. Blasingame Family Trust
alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net

John G. Warner on behalf of Creditor Jazz Nouveau, LLC
warnerwest@aol.com

Ronald F. Woods on behalf of Creditor Sergio R Marquina and Skinsuave LLC
rfwesq79@yahoo.com