TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: CREATIVE CAPITAL LEASING GROUP, LLC

Number: 07-04977-LT7

Hearing: 09:30 AM   Thursday, March   9, 2017

Motion: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY: GORDON & REES AS COUNSEL FOR LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE

The Court reviewed the final application for fees and costs of Gordon & Rees ("Firm") dated February 9, 2017 (the "Application") and finds it appropriate as to form and content.   The Court reviewed the Docket and determined that no opposition was filed. Therefore, the Court grants the Application and awards final fees and costs as follows:

Fees for period October 1, 2015 through January 31, 2017:   $74,321.50

Costs for period October 1, 2015 through January 31, 2017:   $8,616.53

Additional fees for necessary and actually incurred costs and services through close of case up to:   $10,000.

Further, as requested in the Application, the Court allows as final all prior interim awards of fees and expenses, and authorizes payment of the final fees and costs and all outstanding amounts from prior awards.

The Court thanks the Firm for its work on behalf of the Trustee and the estate. Attendance at the hearing scheduled for March 9, 2017 at 9:30 a.m. is excused, and the Firm may submit its order forthwith.