RICHARD J. FEFERMAN, CIRA, MAFF
SENIOR MANAGING DIRECTOR
CORPORATE RECOVERY ASSOCIATES
3830 Valley Center Drive, Suite 705-152
San Diego, CA 92130
Tel (858) 792-7473
Fax (858) 430-2454
richard@crarecovery.com

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>CREATIVE CAPITAL LEASING GROUP, LLC | Bk. No.: 07-04977-LT11<br><br>Chapter 11<br><br>**RESPONSE OF CORPORATE RECOVERY ASSOCIATES TO THE COURTS TENTATIVE RULING ON THE FIFTH AND FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date:  March 9, 2017<br>Time:  9:30 a.m.<br>Dept:  3<br>Judge: Hon. Laura S. Taylor |

In accordance with the Court's tentative ruling, Corporate Recovery Associates ("Applicant") submits concurrently herewith a proposed order allowing and authorizing payment of fees and costs of Applicant consistent with the Court's tentative ruling.

- 1

Applicant respectfully requests that the Court enter such order.

By the Fifth and Final Application of Corporate Recovery Associates for Compensation and Reimbursement of Expenses (the "Application"), Applicant requested that the Court allow and authorize payment to Applicant of additional fees and costs that may be incurred by Applicant associated with the winding up and the closing of this case in an amount not to exceed $7,000.00 ("Supplemental Fees and Costs"). Through inadvertence, however, the notice of the hearing on the Application (the "Notice") did not disclose Applicant's request for the Supplemental Fees and Costs. By reason of the failure to disclose the request for the Supplemental Fees and Costs in the Notice, by the Court's tentative ruling, the Court indicated its intention to deny the request for the Supplemental Fees and Costs.

Applicant respectfully requests that the Court reconsider its tentative ruling regarding Applicant's Supplemental Fees and Costs and instead authorize Applicant to seek allowance and payment of the Supplemental Fees and Costs by Applicant's serving an amended notice that will disclose properly Applicant's request for the Supplemental Fees and Costs in accordance with the following procedures:

1.  Applicant will serve on all parties entitled to receive notice a copy of the amended notice disclosing the request for payment of the Supplemental Fees and Costs.

2.  In the event that no objection to the request for payment of the Supplemental Fees and Costs is filed within fourteen days of service of the amended notice, Applicant may file a declaration of non-opposition and a proposed order allowing and authorizing payment of the

- 2 -

Supplemental Fees and Costs, with no need for any further notice or hearing before the Court.

3. If an objection to the request for the Supplemental Fees and Costs is timely filed, Applicant will set the matter for hearing before the Court.

Applicant respectfully submits that the proposed procedures are fair and provide to all parties-in-interest an adequate opportunity to assert any objection to Applicant's Supplemental Fees and Costs.

Respectfully submitted this 8th day of March 2017

CORPORATE RECOVERY ASSOCIATES

BY: _____
Richard Feferman, CIRA, MAFF
Senior Managing Director
Corporate Recovery Associates
3830 Valley Centre Drive, Suite 705-152
San Diego, CA 92130
(858) 205-7424

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):      Telephone No.<br>Jeffrey D. Cawdrey, Esq.  (SBN: 120488)           (619) 696-6700<br>GORDON & REES, LLP<br>101 West Broadway, Suite 2000<br>San Diego, California 92101 | |
| In Re<br>Creative Capital Leasing Group, LLC | Bankruptcy Case No.:<br>07-04977-PB7 |
| ATTORNEYS FOR<br>Leslie T. Gladstone, Chapter 7 Trustee | |

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of Dallas, Texas, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 2100 Ross Avenue, Suite 2800, Dallas, Texas 75201.

On **March 8, 2017,** I served the following document(s):

**RESPONSE OF CORPORATE RECOVERY TO THE COURT'S TENTATIVE RULING ON THE FIFTH AND FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES**

by the following means:

## SEE SERVICE LIST

( X )   BY MAIL. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

(   )   BY FAX. In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013(e).

(   )   BY PERSONAL SERVICE. I caused said documents to be hand-delivered to the addressee pursuant to Code of Civil Procedure §1011.

(   )   BY FEDERAL EXPRESS. I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

( X )   BY ECF: I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office...

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 8, 2017**.                          */s/Denise Houser*
                                                                                Denise Houser

## SERVICE LIST

**07-04977-LT7 Notice was electronically sent to:**

- Megan Adeyemo     madeyemo@gordonrees.com, dhouser@gordonrees.com
- Andrew K. Alper    aalper@frandzel.com, efiling@frandzel.com,ekidder@frandzel.com
- Marc Andrews    andrewma@wellsfargo.com, BankruptcyCLS@wellsfargo.com
- Everett G. Barry    ebarry@mkblaw.com, ktran@mulvaneybarry.com
- Christin A. Batt    christinb@financiallawgroup.biz, sandray@flgsd.com
- Christin A. Batt    christinb@san.rr.com, sandray@flgsd.com
- Geva Baumer    gevabaumer@yahoo.com
- James W. Beshears    jwblaw@sbcglobal.net
- Mikel R. Bistrow    bistrowm@ballardspahr.com, burkec@ballardspahr.com
- Gustavo E. Bravo    gbravo@smaha.com
- Timothy Burke    Tburke@tpblaw.com
- Rebecca A. Caley    rcaley@caleylaw.com, kana@caleylaw.com
- Tiffany L. Carroll    tiffany.l.carroll@usdoj.gov, ustp.REGION15@usdoj.gov
- Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- Jeffrey D. Cawdrey    jcawdrey@gordonrees.com, jmydlandevans@gordonrees.com
- Sean C. Coughlin    scc@coughlin-law.com, lb@coughlin-law.com
- Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com;aobrient@mintz.com;dsjohnson@mintz.com;docketing@mintz.com
- Peter L. Duncan    peterd@psdslaw.com, theresam@psdslaw.com
- Joseph R. Dunn    jrdunn@mintz.com, tlmayo@mintz.com;jadavis@mintz.com;aobrient@mintz.com;dsjohnson@mintz.com;docketing@mintz.com
- Mary Testerman Duvoisin    USTP.region15@usdoj.gov;tiffany.l.carroll@usdoj.gov
- Leslie T. Gladstone    candic@financiallawgroup.biz, candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net
- Leslie T. Gladstone    candic@flgsd.com, candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net
- Thomas B. Gorrill    tgorrill@gorillalaw.com
- Kenneth Greene    kgreene@hamricklaw.com
- Anne W. Hamann    ecfcasb@piteduncan.com, ahamann@piteduncan.com
- Brian T. Harvey    bharvey@buchalter.com, dbodkin@buchalter.com;ifs_filing@buchalter.com
- James P. Hill    Hill@sullivanhill.com, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;millerick@sullivanhill.com
- Kimberly D. Howatt    KHowatt@gordonrees.com, smowen@gordonrees.com
- Veronica Jackson    veronica.jackson@dlapiper.com
- L. Scott Keehn    scottk@keehnlaw.com, scottk@keehnlaw.com;staceys@keehnlaw.com;chrisf@keehnlaw.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Payam Khodadadi    pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- Dean T. Kirby    dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com;twright@kirbymac.com
- Donna L. La Porte    bkgroup@wrightlegal.net
- Robert S. Lampl    Advocate45@aol.com, rlisarobinsonr@aol.com
- Stephanie Lemos    jmydlandevans@gordonrees.com
- Stephanie Lemos    jmydlandevans@gordonrees.com

- Edward Medina     emedina@medina-lawgroup.com
- Ali M.M. Mojdehi     amojdehi@cooley.com, jgertz@cooley.com;arego@cooley.com
- John L. Morrell     morrell@higgslaw.com, millerl@higgslaw.com
- Benjamin Nachimson     bsn@nachimsonlaw.com
- Abigail O'Brient     aobrient@mintz.com, dsjohnson@mintz.com;docketing@mintz.com
- Donna Parkinson     donna@parkinsonphinney.com, tom@parkinsonphinney.com
- Tina M. Pivonka     tpivonka@mulvaneybarry.com, ihector@mulvaneybarry.com
- J. Alexandra Rhim     arhim@hemar-rousso.com, tdunn@hemar-rousso.com
- Deborah Schrier-Rape     dsr@dsr-law.com
- Daniel Silva     jmydlandevans@gordonrees.com
- John L. Smaha     jsmaha@smaha.com, gbravo@smaha.com;mjohnson@smaha.com;jteague@smaha.com;gborman@smaha.com
- Steven E. Smith     sesmithesq@aol.com
- Richard A. Solomon     Richard@sgswlaw.com
- Randye B. Soref     rsoref@polsinelli.com
- Susan C. Stevenson     sstevenson@psdslaw.com, bonniec@psdslaw.com
- United States Trustee     ustp.region15@usdoj.gov
- Alan Vanderhoff     alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- John G. Warner     warnerwest@aol.com
- Daniel S. Winick     winickdaniel@gmail.com
- Ronald F. Woods     rfwesq79@yahoo.com
- Robert Zahradka     rzahradka@aldridgepite.com, ecfcasb@piteduncan.com;rpz@ecf.inforuptcy.com
- Debora M. Zumwalt     bankruptcy@epsten.com

**07-04977-PB7 Notice was mailed by U.S. Mail to:**

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Steven E. Boehmer
McDougal,Love,Eckis, Grindle & O'Connor
Four Sixty North Magnolia Avenue
Drawer 1466
El Cajon, CA 92022-1466

Lawrence R. Booth
Booth & Koskoff
21250 Hawthorne Boulevard, Suite 475
Torrance, CA 90503

Shaun K. Boss
Law Office of Shaun K. Boss APC
306 Upas Street
San Diego, CA 92103

Kenneth Calegari
Calegari Law Corporation
11440 W. Bernardo Court
San Diego, CA 92127

David P. Crawford
550 West C Street, Suite 1160
San Diego, CA 92101

Craig E. Dwyer
8745 Aero Drive, Suite 301
San Diego, CA 92123

Foster Pepper PLLC
1111 Third Ave Ste 3400
Seattle, WA 98101-3299

William C. Getty
Liedle, Getty & Wilson, LLP
12555 High Bluff Drive, Suite 270
San Diego, CA 92130

Samuel S. Goldstein
1777 Botelho Dr., Ste 345
Walnut Creek, CA 94596-5084

John L. Hamilton
39 Chadwick
Irvine, CA 92618

Higgs, Fletcher & Mack LLP
% Martin A. Eliopulos, Esq.
401 West A Street, Suite 2600
San Diego, CA 92101

James A. Hutchens
2550 Fifth Ave., Ste 710
San Diego, CA 92103

R. Keith McKellogg
Circuit, McKellogg et al
1205 Prospect St., Ste 400
La Jolla, CA 92037

John A. Roberts
Semmes, Bowen & Semmes, P.C.
25 S. Charles Street, 14th Floor
Baltimore, MD 21201

Kimberly J. Robinson
200 West Madison Street, Suite 3900
Chicago, IL 60606

Jeffrey M. Sherman
1001 Connecticut Ave NW
Ste 1100
Washington, DC 20036

Joshua A. Sonne
600 West Broadway Eighth Flr
San Diego, CA 92101

Dan L. Stanford
Stanford and Associates
1494 Union St. Ste. 107
San Diego, CA 92101

Todd F. Stevens
Keeney Waite & Stevens
402 West Broadway, Suite 1820
San Diego, CA 92101-3545

WASHINGTON MUTUAL BANK
P O Box 44090
Jacksonville, FL 32231

David C. Winton
Law Offices of David C. Winton
939-B Seventh Street, #345
Novato, CA 94945
david@dcwintonlaw.com