# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | CREATIVE CAPITAL LEASING GROUP, LLC |
| **Case Number:** | 07-04977-LT7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MARCH 09, 2017 09:30 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | SUE ROSS |

### Matters:

1) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY :
   SEAN C. COUGHLIN, SPECIAL COUNSEL

2) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY :
   JOHN A. GAGLIANO, JAG INVESTIGATIONS & LEGAL SUPPORT SERVICES , INVESTIGATOR FOR TRUSTEE

3) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY :
   FINANCIAL LAW GROUP, SPECIAL LITIGATION COUNSEL FOR TRUSTEE

4) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY :
   GORDON & REES AS COUNSEL FOR LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE

5) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY :
   CORPORATE RECOVERY ASSOCIATES , FORMER BUSINESS AND FINANCIAL ADVISOR OF THE OCC

### Appearances:

RICHARD FEFERMAN, FINANCIAL ADVISOR FOR COPORATE RECOVERY ASSOCIATES

### Disposition:

1-5)  Granted pursuant to the Court's Tentative Ruling's.  Orders to be submitted by Applicants.