CSD 3010 [12/01/15]
Name, Address, Telephone No. & I.D. No.
L. Daniel Pearl, Esq.
Circuit, McKellogg, Kinney & Ross LLP
7979 Ivanhoe Avenue, Suite 400
La Jolla, CA 92037
Tel: (858) 459-0581

FILED
2017 JUL 17 AM 10: 34
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, California 92101-6991 | |
|---|---|
| In Re<br>Creative Capital Leasing Group, LLC<br><br>Debtor. | BANKRUPTCY NO. 07-04977-LT7 |
| <br>Plaintiff(s) | ADVERSARY NO. |
| v.<br><br>Defendant(s) | |

## PROOF OF SERVICE

I, Elaine Graze, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On July 14, 2017, I served the following documents:

PROOF OF CLAIM

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   ☐  Chapter 7 Trustee:

   ☐  For Chpt. 7, 11, & 12 cases:     ☐ For ODD numbered Chapter 13 cases:     ☐ For EVEN numbered Chapter 13 cases:
   UNITED STATES TRUSTEE            THOMAS H. BILLINGSLEA, JR., TRUSTEE      DAVID L. SKELTON, TRUSTEE
   ustp.region15@usdoj.gov          Billingslea@thb.coxatwork.com            admin@ch13.sdcoxmail.com
                                                                             dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [12/01/15] (Page 2)

2. **Served by United States Mail or Overnight Mail:**

On   July 14, 2017   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

Leslie T. Gladstone, Trustee
401 Via Del Norte
La Jolla, CA 92037

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on   July 14, 2017   , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

See Attachment No. 3

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   July 14, 2017                    Elaine Graze   /s/ Elaine Graze
               (Date)                           (Typed Name and Signature)

                                                7979 Ivanhoe Avenue, Suite 400
                                                (Address)

                                                La Jolla, CA 92037
                                                (City, State, ZIP Code)

CSD 3010

ATTACHMENT NO. 3 TO PROOF OF SERVICE

- Megan Adeyemo    madeyemo@gordonrees.com, dhouser@gordonrees.com
- Andrew K. Alper   aalper@frandzel.com, lhernandez@frandzel.com
- Marc Andrews    andrewma@wellsfargo.com, BankruptcyCLS@wellsfargo.com
- Everett G. Barry   , ktran@mulvaneybarry.com
- Christin A. Batt   christinb@financiallawgroup.biz, sandray@flgsd.com;candic@flgsd.com;lesliegg@flgsd.com
- Christin A. Batt   christinb@san.rr.com,
- Geva Baumer   gevabaumer@yahoo.com
- James W. Beshears   jwblaw@sbcglobal.net
- Mikel R. Bistrow   mikel.bistrow@dinsmore.com
- Gustavo E. Bravo   gbravo@smaha.com
- Timothy Burke   Tburke@tpblaw.com
- Rebecca A. Caley   rcaley@caleylaw.com, kana@caleylaw.com
- Tiffany L. Carroll   tiffany.l.carroll@usdoj.gov, ustp.REGION15@usdoj.gov
- Steven Casselberry   s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- Jeffrey D. Cawdrey   jcawdrey@gordonrees.com, jmydlandevans@gordonrees.com;sdurazo@gordonrees.com
- Sean C. Coughlin   scc@coughlin-law.com, lb@coughlin-law.com
- Peter L. Duncan   peterd@psdslaw.com, theresam@psdslaw.com
- Joseph R. Dunn   jrdunn@mintz.com, tlmayo@mintz.com;aobrient@mintz.com;dsjohnson@mintz.com;docketing@mintz.com
- Mary Testerman Duvoisin   USTP.region15@usdoj.gov;tiffany.l.carroll@usdoj.gov
- Leslie T. Gladstone   candic@financiallawgroup.biz, candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net
- Kenneth Greene   kgreene@hamricklaw.com
- Anne W. Hamann   ecfcasb@piteduncan.com, ahamann@piteduncan.com
- Brian T. Harvey   bharvey@buchalter.com, dbodkin@buchalter.com;ifs_filing@buchalter.com
- James P. Hill   Hill@sullivanhill.com, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;millerick@sullivanhill.com
- Kimberly D. Howatt   KHowatt@gordonrees.com, smowen@gordonrees.com
- L. Scott Keehn   scottk@keehnlaw.com, scottk@keehnlaw.com;chrisf@keehnlaw.com
- Gerald P. Kennedy   gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Payam Khodadadi   pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- Dean T. Kirby   dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com;twright@kirbymac.com
- Donna L. La Porte   bkgroup@wrightlegal.net
- Robert S. Lampl   Advocate45@aol.com, rlisarobinsonr@aol.com
- Stephanie Lemos   jmydlandevans@gordonrees.com
- Edward Medina   emedina@medina-lawgroup.com

- Ali M.M. Mojdehi    amojdehi@cooley.com, jgertz@cooley.com;arego@cooley.com
- John L. Morrell    morrell@higgslaw.com, millerl@higgslaw.com
- Benjamin Nachimson    bsn@nachimsonlaw.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com;CJGreen@mintz.com;DEHashimoto@mintz.com
- Donna Parkinson    donna@parkinsonphinney.com, tom@parkinsonphinney.com
- Tina M. Pivonka    tpivonka@mulvaneybarry.com, ihector@mulvaneybarry.com
- J. Alexandra Rhim    arhim@hemar-rousso.com, tdunn@hemar-rousso.com
- Deborah L. Schrier-Rape    dsr@dsr-law.com
- Daniel Silva    jmydlandevans@gordonrees.com
- John L. Smaha    jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com
- Steven E. Smith    sesmithesq@aol.com
- Richard A. Solomon    Richard@sgswlaw.com
- Randye B. Soref    rsoref@polsinelli.com
- Susan C. Stevenson    sstevenson@psdslaw.com, bonniec@psdslaw.com
- United States Trustee    ustp.region15@usdoj.gov
- Alan Vanderhoff    alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- John G. Warner    warnerwest@aol.com
- Robert Zahradka    rzahradka@aldridgepite.com, ecfcasb@piteduncan.com;rpz@ecf.inforuptcy.com
- Debora M. Zumwalt    bankruptcy@epsten.com

{EL1204.DOCX:}