Leslie T. Gladstone, Trustee
5656 La Jolla Blvd.,
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: LeslieG@flgsd.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>CREATIVE CAPITAL LEASING GROUP, LLC,<br><br>            Debtor. | Case No.: 07-04977-LT7<br><br>Chapter 7<br><br>**PROOF OF SERVICE** |
|---|---|

I, Candi Collins, hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California. My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **November 30, 2022,** I caused to be served the following document(s):

**NOTICE OF HEARING ON MOTION FOR AN ORDER APPROVING THE SALE OF REMNANT ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**MOTION FOR AN ORDER APPROVING THE SALE OF REMNANT ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF MOTION FOR AN ORDER APPROVING THE SALE OF REMNANT ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363**

 on the parties in this action as follows:

**X     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("**LBR**"), the

1  foregoing document will be served by the court via NEF and hyperlink to the document.  On
2  **November 30, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary
   proceeding and determined that the following person(s) are on the Electronic Mail Notice List to
3  receive NEF transmission at the e-mail address(es) indicated below:

4
- Megan Adeyemo     madeyemo@gordonrees.com, asoto@grsm.com
- Andrew K. Alper     aalper@frandzel.com, rsantamaria@frandzel.com
- Christin A. Batt     christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;marcies@flgsd.com
- James W. Beshears     jwblaw@sbcglobal.net
- Mikel R. Bistrow     mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Gustavo E. Bravo     gbravo@smaha.com
- Timothy Burke     Tburke@tpblaw.com
- Rebecca A. Caley     rcaley@caleylaw.com
- Tiffany L. Carroll     tiffany.l.carroll@usdoj.gov, ustp.REGION15@usdoj.gov
- Steven Casselberry     Steve.Casselberry@procopio.com, samantha.geraghty@procopio.com
- Jeffrey D. Cawdrey     jcawdrey@gordonrees.com, sdurazo@grsm.com
- Sean C Coughlin     scc@coughlin-law.com, lb@coughlin-law.com
- Peter L. Duncan     peterd@psdslaw.com, bonniec@psdslaw.com
- Joseph R. Dunn     jrdunn@mintz.com, aobrient@mintz.com;docketing@mintz.com
- Mary Testerman Duvoisin     USTP.region15@usdoj.gov;tiffany.l.carroll@usdoj.gov
- Leslie T. Gladstone   christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; marcies@flgsd.com
- Leslie T. Gladstone     candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; marcies@flgsd.com
- Kenneth Greene     kenlaw100@gmail.com, ken@kengreenelaw.com
- Anne W. Hamann     ecfcasb@piteduncan.com
- Brian T. Harvey     bharvey@buchalter.com, dbodkin@buchalter.com;ifs_filing@buchalter.com
- James P. Hill     Hill@sullivanhill.com, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
- Kimberly D. Howatt     KHowatt@gordonrees.com, smowen@gordonrees.com
- Scott Keehn     scottk@keehnlaw.com, scottk@keehnlaw.com;admin@keehnlaw.com
- Gerald P. Kennedy     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Payam Khodadadi     pkhodadadi@mcguirewoods.com
- Dean T. Kirby     dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com
- Donna L. La Porte     bkgroup@wrightlegal.net
- Robert S. Lampl     Advocate45@aol.com, rlisarobinsonr@aol.com
- Ali Mojdehi     amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;melissa.turpin@btlaw.com;docketinglitin@btlaw.com
- John L. Morrell     morrell@higgslaw.com
- Benjamin Nachimson     ben.nachimson@wnlawyers.com
- Holly Nolan     holly@sglwlaw.com
- Abigail O'Brient     aobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;ABLevin@mintz.com
- David Ortiz     david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
- Donna Parkinson     donna@parkinsonphinney.com, tom@parkinsonphinney.com
- J. Alexandra Rhim     arhim@hemar-rousso.com, tdunn@hemar-rousso.com

IN RE CREATIVE CAPITAL LEASING GROUP, LLC
CASE NO. 07-04977-LT7
PROOF OF SERVICE

- Deborah L. Schrier-Rape    nordones@dsr-law.com
- John Smaha    jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com
- Steven E. Smith    sesmithesq@aol.com
- Randye B. Soref    rsoref@polsinelli.com
- Susan C. Stevenson    sstevenson@psdslaw.com, bonniec@psdslaw.com
- United States Trustee    ustp.region15@usdoj.gov
- Alan Vanderhoff    alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- John G. Warner    warnerwest@aol.com
- Robert Zahradka    rzahradka@nationalfunding.com
- Debora M. Zumwalt    bankruptcy@epsten.com

All other interested parties in this action that are not a registered ECF User are served as follows:

**X    by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID**, by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service.

Sharon M. Kopman, Esq.,
Vice President
Oak Point Partners
P.O. Box 1033
Northbrook, IL 60065-1033
*Buyer*
*Via First Class Mail - Postage Paid*

American Express Bank FSB
POB 3001
Malvern PA 19355-0701
*Special Notice Creditor*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **November 30, 2022**, at Litchfield Park, Arizona.

/s/ Candi Collins
Candi Collins

IN RE CREATIVE CAPITAL LEASING GROUP, LLC
CASE NO. 07-04977-LT7
PROOF OF SERVICE

3