**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Trustee
5656 La Jolla Blvd.,
La Jolla, CA 92037
Telephone: (858) 454-988
Facsimile: (858) 454-9596
E-mail: LeslieG@flgsd.com
Chapter 7 Trustee

Order Entered on
January 17, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

CREATIVE CAPITAL LEASING GROUP, LLC,

Debtor.

BANKRUPTCY NO. 07-04977-LT7

Date of Hearing: January 12, 2023
Time of Hearing: 10:00 a.m.,
Name of Judge: Laura S. Taylor

# ORDER ON

## MOTION FOR ORDER APPROVING THE SALE OF REMNANT ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMRNANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 1299.

//

//

//

//

//

//

//

DATED: January 17, 2023

Judge, United States Bankruptcy Court

ORDER ON MOTION FOR ORDER APPROVING THE SALE OF REMNANT ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMRNANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363
DEBTOR: CREATIVE CAPITAL LEASING GROUP, LLC CASE NO: 07-04977-LT7

The Court, having read and considered the Motion for an Order Approving the Sale of Remnant Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. 105 and 363 ("Motion") regarding the Trustee's proposal to sell certain assets of the Debtor's Estate to Oak Point Partners, LLC ("Oak Point") free and clear of liens, claims, interests and encumbrances, filed and served on November 30, 2022 (ECF No. 1299); it appearing to the Court that it is in the best interest of this estate to approve the Trustee's Motion to sell all Remnant Assets of the bankruptcy estate to Oak Point, no opposition thereto having been timely received after notice to all creditors; and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is granted in its entirety.

2. The Purchase Agreement and all of its terms and conditions are approved in their entirety.

3. The Bidding Procedures are approved in their entirety.

4. The Purchase Agreement and the Bidding Procedures are fair and reasonable. In accordance with the Purchase Agreement, the Remnant Assets specifically exclude (a) cash held at the time of this Agreement in the Seller's fiduciary bank account for the Debtor's case; provided, however, that any cash that exists in such bank account one year from the date of the closing of the Debtor's case, except as provided in sub provision (b) of the Purchase Agreement, shall be Remnant Assets; (b) any returned or undeliverable creditor claim distribution checks that require administration in accordance with 11 U.S.C. § 347(a); (c) Seller's rights to an anticipated payment of $100,000.00 pending court approval of a settlement with Ford; (d) any and all Goods (e.g., office furniture) of the Debtor; (e) the books and records used by the Debtor in the ordinary course of business, but excluding any recent statements, notices or correspondence received by the Seller relating to Remnant Assets specifically acquired in the Purchase Agreement; and (f) the Purchase Price to be delivered pursuant hereto.

5. Pursuant to 11 U.S.C. § 363(b), the Trustee is authorized to sell the Remnant Assets to Oak Point for the Purchase Price of $5,000.00.

6. Pursuant to 11 U.S.C. § 363(f), the sale of the Remnant Assets to Oak Point ("Sale") shall be free and clear of any and all liens, claims, interests, and encumbrances, with such liens, claims, interests, and encumbrances to attach to the proceeds of the Sale with the same force, effect, and priority as such liens, claims, interests and encumbrances have on the Estate's right to the Remnant Assets, as appropriate, subject to the rights and defenses of the Trustee and any party in interest with respect thereto.

7. The Trustee and the Trustee's professionals are authorized to take such actions as are necessary to effectuate the terms of the Purchase Agreement, together with all additional instruments and documents that may be reasonably necessary to implement the Purchase Agreement.

8. Oak Point is granted the protections provided to a good faith purchaser under 11 U.S.C. § 363(m).

9. The transfer of the Remnant Assets to Oak Point pursuant to the Purchase Agreement constitutes a legal, valid, and effective transfer of all right, title and interest of the Trustee and the Debtor's Estate in the Remnant Assets, and shall vest Oak Point with all of the Trustee's and the Debtor's Estate's right, title and interest in the Remnant Assets and proceeds thereof.

10. The fourteen-day stay under Bankruptcy Rule 6004(h) is waived.

11. The Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from the implementation of this Order.

IT IS SO ORDERED.



Signed by Judge Laura Stuart Taylor January 17, 2023