# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974−3 | User: Admin. | Date Created: 1/17/2023 |
| Case: 07−04977−LT7 | Form ID: pdfO1 | Total: 13 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Leslie T. Gladstone | candic@flgsd.com |
| aty | Gustavo E. Bravo | gbravo@smaha.com |
| aty | Jeffrey D. Cawdrey | jcawdrey@gordonrees.com |
| aty | John Smaha | jsmaha@smaha.com |
| aty | Joseph R. Dunn | jrdunn@mintz.com |
| aty | Leslie T. Gladstone | |
| aty | Megan Adeyemo | madeyemo@gordonrees.com |
| aty | Sean C Coughlin | scc@coughlin−law.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Creative Capital Leasing Group, LLC 619 Kettner Boulevard, Ste. 110 San Diego, CA 92101
aty Daniel Silva Gordon & Rees LLP 101 West Broadway, Suite 2000 San Diego, CA 92101
aty Edward Medina Medina Law Group 4025 Camino Del Rio South Suite 300 San Diego, CA 92108
aty Jeffry A. Davis 17868 Caminito Balata San Diego, CA 92128
aty Stephanie Lemos Gordon & Rees LLP 101 W Broadway, Suite 2000 San Diego, CA 92101

TOTAL: 5